# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Arbonne International, LLC

          Plaintiff,

v.

Nayat Semerciyan

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01378-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff Arbonne International, LLC and against defendant Nayat Semerciyan in the amount of $475,000.00.

March 27, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk